NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3019

### DARRALYN C. COUNCIL

Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752090091-I-1.

ON MOTION

### O R D E R

The court treats Darralyn C. Council's motion for judicial notice as a motion for various relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

APR 1 5 2010

      Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Darralyn C. Council
     Elizabeth A. Speck, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 5 2010

JAN HORBALY
CLERK